IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KRISTIN KEPREOS, | : |
| | : Case No. 1:10-CV-1540 |
| Plaintiff, | : |
| | : Judge |
| v. | : |
| | : |
| ALCON LABORATORIES, INC., et al., | : |
| | : |
| Defendants. | : |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Alcon Laboratories, Inc., by and through undersigned counsel, hereby makes the following disclosures:

1. Alcon Laboratories, Inc. is a wholly-owned subsidiary of Alcon Holdings, Inc. which, in turn, is a wholly-owned subsidiary of Alcon Inc. which is a publicly traded entity.

2. Nestle SA is a majority shareholder of Alcon Inc., and Novartis AG is a minority shareholder in Alcon Inc.

    Respectfully submitted,

    */s/ Amy Ryder Wentz*
    Sue Marie Douglas (0017152)
    sdouglas@littler.com
    Amy Ryder Wentz (0081517)
    awentz@littler.com
    LITTLER MENDELSON
    A Professional Corporation
    1100 Superior Avenue, 20th Floor
    Cleveland, OH  44114
    Telephone: 216.696.7600
    Facsimile: 216.696.2038

    *Attorneys for Defendants*
    Alcon Laboratories, Inc., William Doran, Jay Jones, Mike Smith, and Craig Vlaanderen

2

## CERTIFICATE OF SERVICE

A true copy of the foregoing *Corporate Disclosure Statement* was filed electronically on this 12th day of July, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Amy Ryder Wentz*
Amy Ryder Wentz

*One of the Attorneys for Defendants*
Alcon Laboratories, Inc., William Doran, Jay Jones, Mike Smith, and CraigVlaanderen

FIRMWIDE:96273444.1 016721.1000