| From: | paygovadmin@mail.doc.twai.gov |
|---|---|
| Sent: | Monday, July 12, 2010 4:25 PM |
| To: | |
| Subject: | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: OHND CM ECF
Pay.gov Tracking ID: 2513S9A1
Agency Tracking ID: 0647-4181316

Account Holder Name: Amy Wentz
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: 20th Floor
Zip/Postal Code: 44114
Country: USA
Card Type: Visa
Card Number: ************4988
Transaction Date: Jul 12, 2010 4:24:31 PM

1



EXHIBIT
1