

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 187691 | 1/6/2011 | 31720 |
| Job Date | Case No. | |
| 12/14/2010 | 1:10-CV-01540 | |
| Case Name | | |
| Kristin Kepreos v. Alcon Laboratories, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Sue Marie Douglas
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

Certified Deposition Transcript Original
    Kristin Kepreos      1,073.15
    Attendance      6.50 Hours @ 60.00    390.00

**TOTAL DUE >>>**    **$1,463.15**
AFTER 3/7/2011 PAY    $1,580.20

We thank you for your payment upon receipt of this invoice.

Tax ID: 20-3132569      Phone: (216) 696-7600    Fax:(216) 696-2038

*Please detach bottom portion and return with payment.*

Sue Marie Douglas
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

| | | | |
|---|---|---|---|
| Job No. | : 31720 | BU ID | : Cleveland |
| Case No. | : 1:10-CV-01540 | | |
| Case Name | : Kristin Kepreos v. Alcon Laboratories, Inc., et al. | | |
| Invoice No. | : 187691 | Invoice Date | : 1/6/2011 |
| **Total Due** | : **$1,463.15** | | |

AFTER 3/7/2011 PAY $1,580.20

Remit To: Rennillo Deposition & Discovery- A Veritext Company
100 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

**PAYMENT WITH CREDIT CARD**    AMEX MC VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

EXHIBIT 2



**RENNILLO**
DEPOSITION & DISCOVERY
WWW.RENNILLO.COM   216.523.1313

Sue Marie Douglas
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH  44114

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 187442 | 12/28/2010 | 32155 |
| Job Date | Case No. | |
| 12/21/2010 | 1:10-CV-01540 | |
| Case Name | | |
| Kristin Kepreos v. Alcon Laboratories, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

| | | | | |
|---|---|---|---|---|
| Certified Deposition Transcript Original | | | | |
|    Kristin Kepreos, Vol II | | | | 590.35 |
|       Attendance | 3.00 | Hours @ | 60.00 | 180.00 |
|       Exhibit Copies (PDF) | 167.00 | Pages @ | 0.20 | 33.40 |
| | | **TOTAL DUE >>>** | | **$803.75** |
| | | AFTER 2/26/2011 PAY | | $868.05 |

We thank you for your payment upon receipt of this invoice.

**Tax ID:** 34-1852140                                                                                       Phone: (216) 696-7600   Fax:(216) 696-2038

*Please detach bottom portion and return with payment.*

Sue Marie Douglas
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH  44114

Job No.      : 32155            BU ID        : Cleveland
Case No.     : 1:10-CV-01540
Case Name    : Kristin Kepreos v. Alcon Laboratories, Inc., et al.
Invoice No.  : 187442           Invoice Date : 12/28/2010
**Total Due** : **$ 803.75**
AFTER 2/26/2011 PAY  $868.05

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Rennillo Deposition & Discovery**
**100 Erieview Tower**
**1301 East Ninth Street**
**Cleveland, OH  44114**



# RENNILLO
## DEPOSITION & DISCOVERY
### A VERITEXT COMPANY

100 Erieview Tower
1301 East Ninth Street
Cleveland, Ohio 44114
(216) 523-1313

41 South High Street
Suite 210
Columbus, Ohio 43215
(888) 391-3376

**Bill To:** Sue Douglas
Littler Mendelson, PC
1100 Superior Ave
20th Floor
Cleveland, OH 44114

| Invoice #: | OH49778 |
|---|---|
| Invoice Date: | 07/01/2011 |
| Balance Due: | $724.75 |

| | |
|---|---|
| Case: | Kepreos, Kristin v. Alcon Laboratories, Inc., et al. |
| Job #: | 36262 \| Job Date: 6/22/2011 \| Delivery: Normal |
| Billing Atty: | **Sue Douglas** |
| Location: | Littler Mendelson, PC |
| | 1100 Superior Ave \| 20th Floor \| Cleveland, OH 44114 |
| Sched Atty: | Amy Ryder Wentz \| Littler Mendelson, PC |
| Deposing Atty: | **Amy Ryder Wentz** |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kristen Kepreos, Vol III | Deposition Attendance | Per hour | 2.5 | $60.00 | $150.00 |
| 2 | | Deposition - Original Transcript | Page | 97.0 | $4.15 | $402.55 |
| 3 | | Transcript Administration-Witness Review | | 1.0 | $55.00 | $55.00 |
| 4 | | Exhibits | per page | 264.0 | $0.30 | $79.20 |
| 5 | | CD Depo Litigation Package | Package | 1.0 | $20.00 | $20.00 |
| 6 | | Shipping and Handling- Local | Package | 1.0 | $18.00 | $18.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $724.75 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $724.75 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover

Credit Card # _____ Exp. Date ____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| Invoice #: | OH49778 |
|---|---|
| Job #: | 36262 |
| Invoice Date: | 07/01/2011 |
| Balance : | $724.75 |

Please remit payment to:
1301 East Ninth St
Suite 100
Cleveland, Ohio 44114

For more information on charges related to our services please consult www.veritext.com/serviceinfo