

**RENNILLO**
DEPOSITION & DISCOVERY
A VERITEXT COMPANY

Amy Ryder Wentz
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 190585 | 4/15/2011 | 34016 |
| Job Date | Case No. | |
| 3/22/2011 | 1:10-CV-01540 | |
| Case Name | | |
| Kristin Kepreos v. Alcon Laboratories, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Certified Deposition Transcript Original
    William Doran      445.00
        Exhibit Copies (PDF)    90.00 Pages    @    0.25    22.50
Certified Deposition Transcript Original
    Michael Smith      277.00

    TOTAL DUE >>>      **$744.50**
    AFTER 6/14/2011 PAY      $804.06

Reference No. : 15800

We thank you for your payment upon receipt of this invoice.

Tax ID: 20-3132569      Phone: (216) 696-7600    Fax:(216) 696-2038

*Please detach bottom portion and return with payment.*

Amy Ryder Wentz
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

| | | |
|---|---|---|
| Job No. : 34016 | | BU ID : Cleveland |
| Case No. : 1:10-CV-01540 | | |
| Case Name : Kristin Kepreos v. Alcon Laboratories, Inc., et al. | | |
| Invoice No. : 190585 | | Invoice Date : 4/15/2011 |
| **Total Due : $744.50** | | |
| AFTER 6/14/2011 PAY $804.06 | | |

Remit To: **Rennillo Deposition & Discovery- A Veritext Company**
**100 Erieview Tower**
**1301 East Ninth Street**
**Cleveland, OH 44114**


EXHIBIT 3

**PAYMENT WITH CREDIT CARD**    AMEX   MC   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____