

**RENNILLO**
DEPOSITION & DISCOVERY
A VERITEXT COMPANY

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 190588 | 4/15/2011 | 34017 |
| Job Date | | Case No. |
| 3/23/2011 | | 1:10-CV-01540 |
| Case Name | | |
| Kristin Kepreos v. Alcon Laboratories, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Amy Ryder Wentz
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

Certified Deposition Transcript
    Craig Vlaanderen                                                     475.00
        Exhibit Copies (PDF)                                0.25       0.25
Certified Deposition Transcript
    Rhonda Causey                                                 166.00

                                 **TOTAL DUE &gt;&gt;&gt;**          **$641.25**
                                 AFTER 6/14/2011 PAY       $692.55

Reference No.   : 15804

We thank you for your payment upon receipt of this invoice.

Tax ID: 20-3132569                                                                        Phone: (216) 696-7600    Fax:(216) 696-2038

*Please detach bottom portion and return with payment.*

Amy Ryder Wentz
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

| | | | |
|---|---|---|---|
| Job No. | : 34017 | BU ID | : Cleveland |
| Case No. | : 1:10-CV-01540 | | |
| Case Name | : Kristin Kepreos v. Alcon Laboratories, Inc., et al. | | |
| Invoice No. | : 190588 | Invoice Date | : 4/15/2011 |
| Total Due | : $641.25 | | |

AFTER 6/14/2011 PAY $692.55

Remit To:   **Rennillo Deposition & Discovery- A Veritext Company**
              **100 Erieview Tower**
              **1301 East Ninth Street**
              **Cleveland, OH 44114**


EXHIBIT 4

**PAYMENT WITH CREDIT CARD**      AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: