

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 191899 | 5/13/2011 | 34612 |
| Job Date | Case No. | |
| 4/27/2011 | 1:10-CV-1540 | |

| Case Name |
|---|
| Kristin Kepreos v. Alcon Laboratories, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Amy Ryder Wentz
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

Certified Deposition Transcript

Jay Jones     418.00

    Exhibit Copies (PDF)     98.00 Pages @ 0.25     24.50

**TOTAL DUE >>>**     **$442.50**

AFTER 7/12/2011 PAY     $477.90

Reference No. : 16537

We thank you for your payment upon receipt of this invoice.

Tax ID: 20-3132569     Phone: (216) 696-7600    Fax:(216) 696-2038

*Please detach bottom portion and return with payment.*

Amy Ryder Wentz
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

Job No. : 34612     BU ID : Cleveland
Case No. : 1:10-CV-1540
Case Name : Kristin Kepreos v. Alcon Laboratories, Inc., et al.

Invoice No. : 191899     Invoice Date : 5/13/2011
**Total Due** : **$442.50**
AFTER 7/12/2011 PAY $477.90

Remit To: **Rennillo Deposition & Discovery- A Veritext Company**
**100 Erieview Tower**
**1301 East Ninth Street**
**Cleveland, OH 44114**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

EXHIBIT 5