

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 192087 | 5/17/2011 | 34609 |
| Job Date | Case No. | |
| 5/3/2011 | 1:10-CV-1540 | |
| Case Name | | |
| Kristin Kepreos v. Alcon Laboratories, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Sue Marie Douglas
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

Certified Deposition Transcript
   David P. Becker                                                496.00
      Exhibit Copies (PDF)         72.00 Pages @ 0.25    18.00

**TOTAL DUE >>>**        **$514.00**
AFTER 7/16/2011 PAY      $555.12

Reference No. : 88522

We thank you for your payment upon receipt of this invoice.

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:      41.12
(=) New Balance:      **$555.12**

Tax ID: 20-3132569                                                                                Phone: (216) 696-7600    Fax:(216) 696-2038

*Please detach bottom portion and return with payment.*

Sue Marie Douglas
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

Invoice No.    :    192087
Invoice Date    :    5/17/2011
**Total Due**    :    **$555.12**

Remit To:     **Rennillo Deposition & Discovery- A Veritext Company
100 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114**

Job No.    :    34609
BU ID    :    Cleveland
Case No.    :    1:10-CV-1540
Case Name    :    Kristin Kepreos v. Alcon Laboratories, Inc., et al.

EXHIBIT 6