
**University Hospitals**
Medical Practices

Tukese 11-19-10
Ca

Geauga Women's Specialties
Obstetrics and Gynecology

Lori S. Mullen, MD, FACOG
Paula B. Usis, MD, FACOG
Nancy Wollam-Huhn, MD, FACOG

Date: 11/19 2010    Donna

To: Littler Mexxpolson

Re: Medical Records Request for Kepneos, Kristin

We are in receipt of your request for medical records for the above named patient dated 11/18/10.

Following is our policy on release of medical records:
| | | |
|---|---|---|
| Records Search | $16.38 | 16.38 |
| First 10 pages | $ 1.08 per page | 10.80 |
| Pages 11-50 | $ .55 per page | 22.00 |
| Pages 51 & Up | $ .22 per page | 22.00 |
| Postage Additional | | 4.90 |

The fee for release of these medical records is $ 76.08. Please make your check payable to UHMP, Inc.

Upon receipt of payment, we will begin processing and copying your medical records. You must allow 14 business days from the date of your request.

If you have any questions please call: 440/708-1510.

Geauga Women's Specialties

8185 E. Washington Street, Suite B
Chagrin Falls, Ohio 44023
440 708 1500 Phone
440 708 1560 Fax

13170 Ravenna Road, Suite 102
Chardon, Ohio 44024
440 286 9238 Phone
440 286 4832 Fax

**EXHIBIT 7**