# INVOICE FOR MEDICAL RECORDS

Date: _Nov. 17, 2010_

To whom it may concern:

Per your request I have enclosed medical records for the following patient:

Patient's Name: _Sarah M. Keprem_
UH#:
DOB:

Charge for records: $ 50.00

Please send payment for the medical records to:

University Hospitals Medical Group
Rainbow Babies and Children's Hospital
University Hospitals of Cleveland
11100 Euclid Avenue
Cleveland, Ohio 44106-6011

Tax ID: 20-4881619

Signature: _Pamela M. Howard_

Title:
    Pamela M Howard
    Drs. Secretary I
    Division of Pediatric Cardiology
    Rainbow Babies and Children's Hospital
    Phone:    (216) 844-3528

Rev. 1/21/08

EXHIBIT 8